GEORGE HOFFMAN, as Administrator of the Estate of JULIA HUF, Deceased, Appellant, *v.* UNION DIME SAVINGS INSTITUTION, Respondent.

*Hoffman* v. *Union Dime Savings Inst.,* 117 App. Div. 923, affirmed.
(Argued February 19, 1908; decided March 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 6, 1907, affirming a judgment in favor of defendant entered

34

upon a verdict and an order denying a motion for a new trial in an action to recover an amount deposited with defendant by plaintiff's intestate and drawn out after her death under a power of attorney.

*I. Balch Louis* for appellant.

*C. N. Bovee* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.